✎AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO, WESTERN DIVISION

| | |
|---|---|
| Nelson Fitzpatrick, III.<br>Plaintiff | **JUDGMENT IN A CIVIL CASE** |
| V. | |
| Commissioner of Social Security<br>Defendant. | Case Number: 3:07CV2087 |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT** the Commissioner's Decision is Hereby Affirmed.

CASE CLOSED

/s/ Vernelis K. Armstrong
Vernelis K. Armstrong
United States Magistrate Judge

August 20, 2008
Date

GERI M. SMITH
Clerk

/s/ Patricia A. Schuchmann
Deputy Clerk